# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Kerry D Edleblute / Sharon S Edleblute**, Debtor(s)

Case No. _____
Chapter 7

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Kerry D Edleblute**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

[x] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

[ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

[ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Sharon S Edleblute**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

[x] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

[ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

[ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date _____  Signature _____
**Kerry D Edleblute**
Debtor

Date 2-25-2010  Signature *Sharon S. Edleblute*
**Sharon S Edleblute**
Joint Debtor

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy