| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MFG STM | 52.00 | 18.50 | 962.00 | 33,152.00 | Medicare | 19.64 | 551.17 | Assurant | 58.38 | 583.80 |
| OVERTIM | .00 | | .00 | 3,649.13 | PA Tax | 41.58 | 1,166.89 | CafPlan | .00 | 817.32 |
| SICK | 4.00 | 18.50 | 74.00 | 592.00 | PAUC | .89 | 24.60 | EYE | 5.50 | 132.00 |
| VACATIO | 24.00 | 18.50 | 444.00 | 1,480.00 | YRK | 13.54 | 380.01 | MedIns | 61.75 | 1,482.00 |
| | | | | | | | | OPT | 2.00 | 50.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Net | 940.42 | | 1,480.00 | 41,024.13 | | 308.50 | 9,103.59 | | 231.08 | 5,738.64 | .00 |

12/17/09         VOID**VOID**VOID

KERRY D. EDLEBLUTE
105 CAMELOT ARMS BLDG. M
YORK, PA 17406

KERRY D. EDLEBLUTE
105 CAMELOT ARMS BLDG. M
YORK, PA 17406

| KERRY D. EDLEBLUTE | | | | | ID: 66 | | | Vacation | Accrued | 120.48 | Remaining | 88.48 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Check Date: 12/03/09 | | Check No | | | | | | Sick | Accrued | 32.88 | Remaining | 4.88 | |
| For Period: 11/15/09 | | To: 11/29/09 | | | | | | | | | | | |
| Earning | Hrs | Rate | Pay | YTD-Pay | Taxes | Tax | YTD-Tax | Deduct | Ded | YTD-Ded | Benefit | Ben | YTD-Ben |
| Bonus | .00 | | .00 | 1,115.00 | Fed Tax | 248.32 | 4,475.49 | 401K | 57.72 | 1,152.87 | | | |
| HOLIDAY | 8.00 | 18.50 | 148.00 | 1,036.00 | FICA | 111.50 | 2,272.58 | 401loan | 59.05 | 1,417.20 | | | |
| MFG STM | 72.00 | 18.50 | 1,332.00 | 32,190.00 | Medicare | 26.08 | 531.53 | Assurant | 58.38 | 525.42 | | | |
| OVERTIM | 16.00 | 27.75 | 444.00 | 3,649.13 | PA Tax | 55.21 | 1,125.31 | CafPlan | .00 | 817.32 | | | |
| SICK | .00 | | .00 | 518.00 | PAUC | 1.15 | 23.71 | EYE | 5.50 | 126.50 | | | |
| VACATIO | .00 | | .00 | 1,036.00 | YRK | 17.98 | 366.47 | MedIns | 61.75 | 1,420.25 | | | |
| | | | | | | | | OPT | 2.00 | 48.00 | | | |
| Net | 1,219.36 | | 1,924.00 | 39,544.13 | | 460.24 | 8,795.09 | | 244.40 | 5,507.56 | | .00 | |



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 18.50 | 1,387.50 | 34,539.50 | Medicare | 31.88 | 583.05 | Assurant | .00 | 1,535.30 | |
| OVERTIM | 23.90 | 27.75 | 663.27 | 4,312.40 | PA Tax | 67.50 | 1,234.39 | CafPlan | .00 | 583.80 | |
| SICK | .00 | | .00 | 592.00 | PAUC | 1.32 | 25.92 | EYE | .00 | 817.32 | |
| VACATIO | .00 | | .00 | 1,480.00 | YRK | 21.99 | 402.00 | MedIns | .00 | 132.00 | |
| | | | | | | | | OPT | 2.00 | 1,482.00 | |
| | | | | | | | | | | 52.00 | |
| Net | 1,466.39 | | 2,198.77 | 43,222.90 | | 605.37 | 9,708.96 | | 127.01 | 5,865.65 | .00 |

KERRY D. EDLEBLUTE
105 CAMELOT ARMS BLDG. M
YORK, PA 17406

12/30/09

VOID**VOID**VOID

KERRY D. EDLEBLUTE
105 CAMELOT ARMS BLDG. M
YORK, PA 17406

| KERRY D. EDLEBLUTE | | | | ID: 66 | | | Vacation | Accrued | 120.48 | Remaining | 24.48 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Check Date: 01/14/10 | | Check No | | | | | Sick | Accrued | 32.88 | Remaining | .88 |
| For Period: 12/27/09 | | To: 01/10/10 | | | | | | | | | |

| Earning | Hrs | Rate | Pay | YTD-Pay | Taxes | Tax | YTD-Tax | Deduct | Ded | YTD-Ded | Benefit | Ben | YTD-Ben |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOLIDAY | 8.00 | 18.50 | 148.00 | 148.00 | Fed Tax | 242.84 | 242.84 | 401K | 57.22 | 57.22 | | | |
| MFG STM | 32.00 | 18.50 | 592.00 | 592.00 | FICA | 108.90 | 108.90 | 401loan | 59.05 | 59.05 | | | |
| OVERTIM | 15.40 | 27.75 | 427.37 | 427.37 | Medicare | 25.47 | 25.47 | Assurant | 58.38 | 58.38 | | | |
| VACATIO | 40.00 | 18.50 | 740.00 | 740.00 | PA Tax | 53.92 | 53.92 | EYE | 5.78 | 5.78 | | | |
| | | | | | PAUC | 1.53 | 1.53 | MedIns | 86.75 | 86.75 | | | |
| | | | | | YRK | 17.56 | 17.56 | OPT | 2.00 | 2.00 | | | |
| Net | 1,187.97 | | 1,907.37 | 1,907.37 | | 450.22 | 450.22 | | 269.18 | 269.18 | | .00 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| OVERTIM | 29.10 | 27.75 | 807.55 | 1,234.92 | Medicare | 30.98 | 56.45 | Assurant | 58.38 | 116.76 |
| VACATIO | 24.00 | 18.50 | 444.00 | 1,184.00 | PA Tax | 65.60 | 119.52 | EYE | 5.78 | 11.56 |
| | | | | | PAUC | 1.83 | 3.36 | MedIns | 86.75 | 173.50 |
| | | | | | YRK | 21.37 | 38.93 | OPT | 2.00 | 4.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net** | 1,419.68 | | 2,287.55 | 4,194.92 | | 587.28 | 1,037.50 | | 280.59 | 549.77 | .00 |

01/28/10                              VOID**VOID**VOID

KERRY D. EDLEBLUTE
105 CAMELOT ARMS BLDG. M
YORK, PA 17406

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MFG STM | 80.00 | 18.50 | 1,480.00 | 3,108.00 | FICA | 130.58 | 371.93 | 401(k) | 59.05 | 177.15 | |
| OVERTIM | 28.00 | 27.75 | 777.05 | 2,011.97 | Medicare | 30.54 | 86.99 | Assurant | 58.38 | 175.14 | |
| VACATIO | .00 | | .00 | 1,184.00 | PA Tax | 64.66 | 184.18 | EYE | 5.78 | 17.34 | |
| | | | | | PAUC | 1.81 | 5.17 | MedIns | 86.75 | 260.25 | |
| | | | | | YRK | 21.06 | 59.99 | OPT | 2.00 | 6.00 | |
| **Net** | 1,401.09 | | 2,257.05 | 6,451.97 | | 576.29 | 1,613.79 | | 279.67 | 829.44 | .00 |

02/11/10  VOID**VOID**VOID

KERRY D. EDLEBLUTE
105 CAMELOT ARMS BLDG. M
YORK, PA 17406